IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| CHRISTIAN ALBERTO ARTEAGA MEJIA,<br>　　　　Petitioner,<br><br>vs.<br><br>PAM BONDI, et al.,<br>　　　　Respondents. | No. 25-CV-164 CJW-MAR<br><br>**ORDER** |

_____

This matter is before the Court on petitioner's motion for a preliminary injunction and temporary restraining order ("TRO") (Doc. 2), unresisted motion to amend petition for habeas corpus (Doc. 11), and motion for court to consider TRO motion submitted (Doc. 13).

On September 24, 2025, petitioner filed a motion for a preliminary injunction and TRO, challenging the application of the automatic stay placed on petitioner's ability to pay his immigration bond by Immigration and Customs Enforcement's appeal to the Board of Immigration Appeals ("BIA"). (Doc. 2, at 1–2); *see* 8 U.S.C. 1003.19(i)(2) (automatic stay based on pending appeal by the government). On September 30, 2025, the BIA issued its decision on the appeal, lifting the automatic stay. (Doc. 10-7). For that reason, the parties agree that the automatic stay is no longer in effect and, therefore, petitioner's request for injunctive relief is moot. (Doc. 7, at 11; Doc. 12, at 2). The parties also agreed to permit petitioner to amend his complaint (Doc. 1) in light of the BIA's September 30, 2025 decision. (Doc. 11) (unresisted motion). Petitioner also requests that this Court consider this matter fully submitted and to issue a timely ruling, ideally prior to petitioner's merits hearing in immigration court on October 29, 2025.

Having considered the motions and agreements of the parties, the Court **denies as moot** the motion for preliminary injunction and TRO (Doc. 2) but **grants** the motion to amend (Doc. 11). The Clerk is directed to detach and file the amended complaint at Doc. 11-1. The Court **grants in part and denies in part** petitioner's motion to consider the matter fully submitted. (Doc. 13). The Court considers the matter fully submitted, but will issue a ruling in due course.

**IT IS SO ORDERED** this 24th day of October, 2025.

_____
C.J. Williams, Chief Judge
United States District Court
Northern District of Iowa